DOUGLAS J. MASON
Wyoming Bar #6-3400
Mason & Mason, P.C.
P.O. Box 785
Pinedale, WY 82941
307-367-2133
dmason@masonlawpinedale.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **TODD SCHMIDT,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 23-CV-00101-NDF |
| **EDWARD SIEDEL**, in his official capacity as the President of the University of Wyoming, and **RYAN O'NEIL,** individually and in her official capacity as Dean of Students for the University of Wyoming, | MOTION FOR ADMISSION *PRO HAC VICE* |
| Defendants. | |

Comes now Douglas J. Mason, Counsel for Plaintiff Todd Schmidt, in the above-named case, and pursuant to L.R. 84.2(b), respectfully moves this Court to admit Nathan W. Kellum to practice before this Court in this case.

As required by L.R. 84.2(b), I affirm the following:

1. Nathan W. Kellum
   Center For Religious Expression
   699 Oakleaf Office Lane, Ste. 107
   Memphis, TN 38117
   Phone :901-684-5485
   Fax: 901-684-5499
   Email: nkellum@crelaw.org

1

2. I am a member in good standing of the Bar of the State of Wyoming and the Bar of this Court;

3. I vouch for the good moral character and veracity of Nathan W. Kellum; and

4. I shall be fully prepared to represent the client at any time, in any capacity related to this matter.

In support of this motion, I submit the Affidavit of Nathan W. Kellum, attached as Exhibit A.

**WHEREFORE, PREMISES CONSIDERED,** Douglas J. Mason respectfully requests that this Honorable Court grant his Motion to Admit Nathan W. Kellum to Practice *Pro Hac Vice*.

Respectfully submitted,

/s/ Douglas J. Mason
DOUGLAS J. MASON
Wyoming Bar #6-3400
Mason & Mason, P.C.
P.O. Box 785
Pinedale, WY 82941
307-367-2133
dmason@masonlawpinedale.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2023 the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

*s/ Douglas J. Mason*
Attorney for Plaintiff Todd Schmidt