# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **TODD SCHMIDT,**<br><br>Plaintiff,<br><br>v.<br><br>**EDWARD SIEDEL**, in his official capacity as the President of the University of Wyoming, and **RYAN O'NEIL,** individually and in her official capacity as Dean of Students for the University of Wyoming,<br><br>Defendants. | CIVIL ACTION NO.: 23-CV-00101-NDF<br><br>DECLARATION OF NATHAN KELLUM |

I, Nathan W. Kellum, have first been duly, cautioned and sworn, hereby declare as follows:

1. I am over the age of 18 and I am competent to testify from personal knowledge as to the facts set forth in this Declaration.

2. My full name is Nathan Wesley Kellum, Sr.

3. I am an attorney at the Center for Religious Expression,
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Phone: (901) 684-5485
Fax: (901) 684-5499
Email: nkellum@crelaw.org.

4. I am a member in good standing of the Bar of the State of Tennessee (Bar number 013482), as well as the Bar of the State of Mississippi (Bar number 8813). I am also admitted to the following courts:

| | |
|---|---|
| Dist. of Colorado | 10/1/2020 |
| N.D. Florida | 12/5/2012 |
| E.D. Michigan | 4/18/2017 |
| N.D. Mississippi | 4/30/1991 |

| | |
|---|---|
| S.D. Mississippi | 5/2/1991 |
| N.D. New York | 3/30/16 |
| W.D. New York | 5/3/2012 |
| W.D. Oklahoma | 12/7/2011 |
| W.D. Tennessee | 3/12/2003 |
| M.D. Tennessee | 3/8/2010 |
| E.D. Tennessee | 4/15/2011 |
| W.D. Texas | 6/11/2020 |
| W.D. Wisconsin | 5/13/2003 |
| E.D. Wisconsin | 2/8/2008 |
| Second Circuit of U.S. Court of Appeals | 3/6/2018 |
| Third Circuit of U.S. Court of Appeals | 10/24/2007 |
| Fourth Circuit of U.S. Court of Appeals | 4/17/2007 |
| Fifth Circuit of U.S. Court of Appeals | 11/5/2004 |
| Sixth Circuit of U.S. Court of Appeals | 6/15/1998 |
| Seventh Circuit of U.S. Court of Appeals | 9/3/2004 |
| Eighth Circuit of U.S. Court of Appeals | 4/13/1995 |
| Ninth Circuit of U.S. Court of Appeals | 6/12/2006 |
| Tenth Circuit of U.S. Court of Appeals | 6/22/2012 |
| Eleventh Circuit of U.S. Court of Appeals | 12/23/2009 |
| DC Circuit of U.S. Court of Appeals | 5/29/09 |
| U.S. Supreme Court | 10/2/1995 |

5.  I certify that I have not been disciplined by any Bar and there are no disciplinary proceedings pending against me in any jurisdiction.

6.  I hereby affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

7.  I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

8.  I hereby consent to be subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 19th day of June, 2023

/s/ Nathan W. Kellum

Nathan W. Kellum