

**University of Wyoming – Dec. 5, 2022**   Search News Archive >

### We're Responding to Incidents of Concern

Dear UW Community,

We are writing to inform you about a few incidents on campus last week that have raised concerns and to reaffirm the university's commitment to civil discourse and being a welcoming place for everyone.

Late Friday morning, the Dean of Students Office received word that an individual who had reserved space for a table in the Wyoming Union breezeway was displaying a sign that said, "God created male and female," with an additional specific reference to one of UW's students who is a member of the LGBTQIA+ community. The individual who was displaying the sign was immediately asked to remove the student's name. He complied. And while the individual engaged in heated exchanges with students and perhaps others throughout the afternoon, these interactions were not in obvious violation of UW policies.

The Friday incident followed what we believe to be two unrelated incidents on Wednesday and Thursday evenings, in which members of UW's LGBTQIA+ community observed what they perceived to be disruptive behavior from a small group of students at two separate campus events.

All of these incidents have been under investigation by the university since they were reported, including over the weekend. If any further violations are determined to have taken place, we will take appropriate actions.

In the meantime, we remind everyone that our UW community values are fundamental and straightforward: community, integrity, respect, responsibility and social consciousness. The university continues to support creating a climate where all members feel they are welcomed and belong. Such a climate means there are a wide variety of perspectives among our community AND that we engage regarding those different perspectives with respect and integrity. As a reflection, an approach of respect and integrity is about calling people into conversation as opposed to calling people out.

There truly is enough room for all of us; yet we only get to coexist civilly if we treat one another with care.

Those who were negatively impacted by the incidents are invited to contact the office of Diversity, Equity and Inclusion if you would like to connect further. Specifically for students within and in support of the LGBTQIA+ community, the Rainbow Resource Center in the Union can be a helpful destination if you would like more direct support and resource materials.

1

**EXHIBIT N**

For all of us, let's see what we can do to slow down, think more about how to engage with others, and live in ways that demonstrate community, integrity, respect, responsibility and social consciousness.

Sincerely,

Ed Seidel, President

Kim Chestnut, Vice President for Student Affairs and Interim Vice President for Diversity, Equity and Inclusion

**UW Communications Resources**

- UW in the News
- Department of Institutional Communications
- Submit News
- Experts List
- Follow us on Twitter: @UWyonews

**Contact Information**

Chad Baldwin
Department 3226
1000 East University Avenue
Laramie, WY 82071-3226

Room 105, Bureau of Mines Building
Phone: (307) 766-2670
Fax: (307) 766-6729
E-mail: cbaldwin@uwyo.edu
www.uwyo.edu

© University of Wyoming

**EXHIBIT N**