# UNIVERSITY OF WYOMING

December 7, 2022

Mr. Schmidt,

On December 2, 2022, I notified you that the front of your display in the Wyoming Union breezeway violated the Union reservation policy guidelines section 2(B)(4) because it used language targeting a specific student in a protected class. I asked you to take the student's name down from the sign and you complied. However, on December 7, the University's Equal Opportunity Report and Response (EORR) Office notified me of your violation of UW Regulation 4-2 (Discrimination and Harassment) for discriminatory harassment of a current student. The report also notes that your pattern of behavior is on a trajectory which, if continued, is likely to also create a hostile environment.

The purpose of this letter is to notify you of the outcome of my review and the corrective action.

The Union's reservation policy states in part:

> The union breezeway tabling will be maintained as a safe and non-threatening environment for student organizations, university departments, university organizations, outside entities sponsored by one of the previous groups listed, local merchants, vendors, and/or non-profits. **Language or actions that discriminate or harass the above groups will not be tolerated.** [Emphasis added.]

The policy also states that:

> Complaints received about external community members will be warned once. Subsequent complaints may result in a loss of access to tabling. […] **All individuals tabling, whether UW affiliated or not, are expected to bring their views in a respectful and civil manner.** [Emphasis added.]

Multiple verbal warnings have been given to you by the Center for Student Involvement and Leadership (CSIL) Director, the Associate Director of Operations, and various student staff who work at the Wyoming Union Information Desk for previous complaints related to students.

Based on the previous complaints and the finding in the report, I am suspending your access to reserve a table in the Wyoming Union breezeway for a period of one year. As of Spring 2024, you will be eligible to return to reservation-making in the breezeway with the continued expectation of adhering to Wyoming Union and University policies. Continued violation may result in a trespass from the Wyoming Union or other corrective actions.

Regards,


Ryan Dinneen O'Neil
Dean of Students & Associate Vice President of Student Affairs

# EXHIBIT R