**ROBERT C. JAROSH, #6-3497**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
eberry@hirstapplegae.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TODD SCHMIDT, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } Civil Action No. 23-CV-101-F |
| | } |
| EDWARD SEIDEL, in his official capacity as the President of the University of Wyoming, and RYAN O'NEIL, individually and in her official capacity as Dean of Students for the University of Wyoming, | } |
| | } |
| Defendants. | } |

# NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C. Local Rule 16.4, the Defendants, Edward Seidel and Ryan O'Neil, hereby notify the Court and opposing parties that the above named civil case is:

__X__ NON-COMPLEX         _____ COMPLEX

Dated: 24 July 2023.

EDWARD SEIDEL and RYAN O'NEIL,
Defendants

BY: /s/ Robert C. Jarosh
**ROBERT C. JAROSH, #6-3497**
**ERIN E. BERRY, # 7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendants
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
eberry@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing *Notice of Complexity of Civil Case* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 24 July 2023, and that copies were served as follows:

| | |
|---|---|
| Douglas J. Mason<br>Mason & Mason, P.C.<br>26 S. Lincoln Avenue<br>P. O. Box 785<br>Pinedale, WY 82941-0785<br>dmason@masonlawpinedale.com<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Nathan W. Kellum<br>Center for Religious Expression<br>699 Oakleaf Office Lane, Suite 107<br>Memphis, TN 38117<br>nkellum@crelaw.org<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

/s/ Robert C. Jarosh
OF HIRST APPLEGATE, LLP
Attorneys for Defendants