NATHAN W. KELLUM  
Center for Religious Expression  
699 Oakleaf Office Lane, Suite 107  
Memphis, TN 38117  
(901) 684-5485 telephone  
(901) 684-5499 – Fax  
nkellum@crelaw.org  

DOUGLAS J. MASON  
Wyoming Bar #6-3400  
Mason & Mason, P.C.  
P.O. Box 785  
Pinedale, WY 82941  
307-367-2133  
dmason@masonlawpinedale.com  

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **TODD SCHMIDT,**<br><br>Plaintiff,<br><br>v.<br><br>**EDWARD SIEDEL**, in his official capacity as the President of the University of Wyoming, and **RYAN O'NEIL,** individually and in her official capacity as Dean of Students for the University of Wyoming,<br><br>Defendants. | **CIVIL ACTION NO.: 2:23-cv-00101-NDF** |

**NOTICE OF COMPLEXITY OF CIVIL CASE**

Pursuant to U.S.D.C. Local Rule 16.4, the Plaintiff, Todd Schmidt, hereby notifies the Court and opposing parties that the above named civil case is:

___X___ NON-COMPLEX          _____ COMPLEX

Dated: 31 July 2023

TODD SCHMIDT
Plaintiff

BY:        *s/ Nathan W. Kellum*
NATHAN W. KELLUM
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 telephone
(901) 684-5499 – Fax
nkellum@crelaw.org


*s/ Douglas J. Mason*
DOUGLAS J. MASON
Wyoming Bar #6-3400
Mason & Mason, P.C.
P.O. Box 785
Pinedale, WY 82941
307-367-2133
dmason@masonlawpinedale.com

Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Complexity of Civil Case was filed with the Clerk of Court using the CM/ECF system, sending notification to all counsel of record, this the 31st day of July.

      /s/Nathan W. Kellum
      Attorney for Plaintiff Todd Schmidt