UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| **TODD SCHMIDT,**<br><br>Plaintiff,<br><br>v.<br><br>**EDWARD SIEDEL**, in his official capacity as the President of the University of Wyoming, and **RYAN O'NEIL,** in her official capacity as Dean of Students for the University of Wyoming,<br><br>Defendants. | CIVIL ACTION NO.: 2:23-cv-00101-NDF<br><br>CONSENT ORDER |

Final resolution of this matter and controversy have been settled by and between Plaintiff Todd Schmidt (Schmidt) and Defendants Edward Siedel, in his official capacity as the President of the University of Wyoming, and Ryan O'Neil, in her official capacity as Dean of Students for the University of Wyoming. This agreed resolution is accepted by the Court, as reflected herein.

IT IS on this _____ day of _____, 2023, ORDERED AND ADJUDGED AS FOLLOWS:

1. Defendants are hereby permanently enjoined from censoring Schmidt's views on the sexual identity of Artemis Langford and from applying the one-year table ban on Schmidt that was initiated on December 7, 2022.

2. This injunction does not diminish Defendants' ability to sanction possible future misbehavior by Schmidt, such as continuing to engage with students who do not wish to speak with him.

3. Defendants shall pay certain attorney fees and expenses in the amount of $35,000 within 20 days of this Order.

4. Except as provided in Paragraph 3, each party shall be responsible for his or her own attorneys' fees and expenses.

5. Schmidt's Verified Complaint [Doc. No. 1] is otherwise dismissed with prejudice and this case is hereby closed.

BY THE COURT:

_____
Nancy D. Freudenthal
United States Senior District Judge
District of Wyoming