FILED




8:18 am, 10/30/23

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

TODD SCHMIDT,

Plaintiff,

vs.

EDWARD SIEDEL, in his official capacity as the President of the University of Wyoming, and RYAN O'NEIL, individually and in her official capacity as Dean of Students for the University of Wyoming,

Defendants.

Case No. 23-CV-00101-NDF

## CONSENT ORDER

Final resolution of this matter and controversy have been settled by and between Plaintiff Todd Schmidt ("Schmidt") and Defendants Edward Siedel, in his official capacity as the President of the University of Wyoming, and Ryan O'Neil, in her official capacity as Dean of Students for the University of Wyoming. This agreed resolution is accepted by the Court, as reflected herein.

IT IS, on this 27th day of October, 2023, ORDERED AND ADJUDGED AS FOLLOWS:

1. Defendants are hereby permanently enjoined from censoring Schmidt's views on the sexual identity of Artemis Langford and from applying the one-year table ban on Schmidt that was initiated on December 7, 2022.

2. This injunction does not diminish Defendants' ability to sanction possible future misbehavior by Schmidt, such as continuing to engage with students who do not wish to speak with him.

3. Defendants shall pay certain attorneys' fees and expenses in the amount of $35,000 within 20 days of this Order.

4. Except as provided in Paragraph 3, each party shall be responsible for his or her own attorneys' fees and expenses.

5. Schmidt's Verified Complaint (ECF 1) is otherwise DISMISSED WITH PREJUDICE and this case is hereby closed.

Nancy D Freudenthal

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE